United State District Court
Central District of Illinois

Devin C Seats
        vs.
Lt. Boland, Lt. Yosuif
Sgt Miester, c/o carlocke,
c/o Drysdale, c/o mcbride
'Jack' Nelson
Kelly Haag

Case No: 16-2361

☑ Complaint under the Civil Right Act, Title 42 Section 1983. (state, county, or municipal defendant)

I. plaintiff(s)
A. Name: Devin C Seats
B. List all aliases:
C. Prisoner identification number: R65354
D. Place of confinement: Kankakee County Jail
E. Address: 3050 Justice Way

FILED
NOV 29 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

II. Defendant(s)

A. Defendant: Boland
   Title: Lieutenant
   Place of Employment: Pontiac

B. Defendant: Yusuf
   Title: Lieutenant
   Place of employment: Pontiac

C. Defendant: Meister
   Title: Sergeant
   Place of employment: Pontiac

D. Defendant: Carlocke
   Title: Correctional officer
   Place of employment: Pontiac

E. Defendant: Drysdale
   Title: Correctional officer
   Place of employment: Pontiac

F. Defendant: Jedd Nelson
   Title: Mental health worker
   Place of employment: Pontiac

G. Defendant: Mcbride
   Title: Correctional officer
   Place of employment: Pontiac

H. Defendant: Kelly Haag
   Title: Mental health worker
   Place of employment: Pontiac

(over)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Seats v. Prentice et al 1:16-cv-01381-SLD

B. Approximate date of filing lawsuit: Oct 2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Devin Cordell Seats

D. List all defendants: Major Prentice, Lt. Sortsen, Sgt Meister c/o carlocks, c/o Drasdale, c/o pratt, c/o miller, c/o Lee, c/o Loisant, c/o Kennel, c/o wicker, Nurse Tracy, Nurse C. Hansen, Dr Ojelade

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Central District

F. Name of judge to whom case was assigned: Baker / Darrow

G. Basic claim made: excessive force

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It is still pending

I. Approximate date of disposition: I don't no.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Kept Plaintiff Devin Seats in flooded cell with standing water, which was urine and feces infested, in violation of plaintiff fourteenth & eight amendment. (1) On the date of 6-2-16 I was sent to the north cell house from the west cell house because I was place on suicide watch, I cell 114 (2) on 6-4-16 2nd shift an inmate (Donte Hollaway) flood the north cell House gallery. He was house in the cell adjacent to my cell 115. The water from the gallery flooded my cell with urine and feces contaminated water (3) c/o Carlocks and other correctional officers were cleaning the flooded water from the cell house gallery. I inform the CO's that my cell was flooded with contaminated water. (4) i asked them them if they could clean my cell and if they could move me, they said if they had time, i ask C.O Carlocke if i could get some cleaning supplies, He stated "No youre on suicide watch", and left

⑤ I remained in the cell in that condition. the following day 6·5·16

⑥ on 6·5·16 inform Todd nelson mental health worker and CO mcbride during suicide watch rounds that my cell had been flooded with urine and feces contaminated water since the night before

⑦ I was dressed in only a safety smock without shoes and my barefeet ⑧ I informed them that i need to clean my cell or to be moved.

⑨ CO mcbride and Todd nelson ignored me. I also spoke to CO lloyld, CO Durree showing and explaining to them that i had to sleep in a flooded contaminated cell since the previous night. They also ignored my complaints.

⑩ I also spoke to mental health worker Kelly Haag during her suicide watch round the next day about the contaminated cell and was ignored. ⑪ on 6·9·16 I spoke with Major prentice and Lt boland and ask them to either have my cell cleaned or at least in Alerhative to have me moved to a different cell. ⑫ they told me that because of the recent rash of staff assualts that security comes first and the could not move me at that time. ⑬ on 2nd Shift 6·9·16 I brought the flooded issue to Clo carlocks and Drysdale they also ignore me.

(14) this was going on day after day i was get ignore or told that security come's first, but a host of different officers. (15) on 6·14·16 I was taken off suicide watch by Todd Nelson mental health worker. I covered my cell view until Sgt Miester and Lt Yusief came, and i inform them that im off suicide watch could i get my property to clean me cell floor. they would not give me my property, even after i show the where my cell floor was slanted where the urine and feces water was still present. (15) I begged sgt Meister and Lt. Yusief to allow me to get my property. (16) the only ignored me. i had to eat sleep and walk around in that cell. the smell had me nausious and getting head aches. (17) I was only able to clean my cell the next day when i got my property, even though i got off suicide 6·14·16, they made me wait till the next day, 6·15·16. I had espisode when i cut my wrist during the stay in that cell and i spoke to mental health worker Todd, and he still didnt do any thing to help

me, even though im (SMI) severally mental ill. the smell was unbearable. i would wake up sick to my stomach, and each day i would complein to the mental health workers that was doing there rounds, and nothing was done. i had to indur that cell condition for 10 days. (4) i spoke to numerous c/o's some i cant remember do to my memory lose but i let it be known every shift for 10 days.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like for officer Drydale, cartecke, mcbride Sgt miester, Lt yousief Lt boland to pay $10,000 punitive damages for 8 amendment violation deliberate indifference failure to protect negligence, and for Todd Nelson Kelly Hagg to pay $20,000 for 8 amendment violation Failure to protect deliberating negligence, 100,000 in compensatory damage and cour to cost

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Nove_ day of _27_, 20_16_

_[signature]_
(Signature of plaintiff or plaintiffs)

Devin C Seats
(Print name)

R65374
(I.D. Number)

2050 S Justice Way
Kankakee Il 60901
(Address)

6

Revised 9/2007

16-2361

I have written the trust fund office Numerous time's about get my Trust fund Statements but they haven't answer any of my request, and the 1983 package did not come with an in forma Pauris sheet so could you Send me one thank you.

*[signature]*

**FILED**

NOV 2 9 2016

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Devinc Seats R65745
SCDC
2950 S. State Route 4
[address illegible]

Legal Mail

United States [District Court]
[address illegible]
Urbana, 61802

[Postmark: 2015 PM 4-1]

FOREVER USA